IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) ARNALDO RIVERA-MEDINA<br>2) ALFREDO PIZARRO-SANTIAGO<br>3) MICHAEL V. FIGUEROA-PEREZ<br><br>Defendants | CRIMINAL 05-0031CCC |

**O R D E R**

Having considered the Report and Recommendation filed on April 14, 2005 **(docket entry 52)** on a Rule 11 proceeding of defendant Arnaldo Rivera-Medina held before Magistrate Judge Aida M. Delgado-Colón on April 11, 2005, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Arnaldo Rivera-Medina is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 12, 2005. The **sentencing hearing is set for July 21, 2005 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 13, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge